# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4822 | **DATE** | 2/4/2003 |
| **CASE TITLE** | USA vs. BDO SEIDMAN et al | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Findings pursuant to USCA 7th Circuit order of December 18, 2002. The Clerk of Court is directed to supplement the record on appeal with this Memorandum Opinion and Order and the two boxes of documents filed under seal by the Roe and Doe intervener forthwith..

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | | FEB 0 5 2003 | |
| | Notified counsel by telephone. | | date docketed | 73 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | CLERK | 2/4/2003 | |
| | | 03 FEB -5 AM 7:50 | date mailed notice | |
| JS | courtroom deputy's initials | | JS | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

United States of America,    )
    )
    Petitioner,    )
    )
    v.    )    No. 02 C 4822
    )
BDO Seidman, LLP, regarding IRS    )    (On Limited Remand in Cases
examination of BDO Seidman, LLP,    )    02-3914 and 02-3915 Pending
    )    in the Unites States Court of
    Respondent,    )    Appeals for the Seventh
    )    Circuit.)
Appeals of:    )
    )
John Doe and Jane Doe, and    )
Richard Roe and Mary Roe,    )
    )
    Proposed Intervenors.    )
    )

## MEMORANDUM OPINION AND FINDINGS

JAMES F. HOLDERMAN, District Judge:

Pursuant to the Seventh Circuit's remand order of December 18, 2002, the district court is to make further findings regarding those documents to which the proposed intervenor-appellants claim a privilege under 26 U.S.C. § 7525. This court has endeavored to do so.

## LEGAL STANDARD

Section 7525 is a 1998 statute that applies "the same common law protections of confidentiality which apply to a communication between a taxpayer and an attorney" to a communication with respect to "tax advice" between a taxpayer and a "federally authorized tax practitioner," "to the extent the communication would be considered privileged communication if

it were between a taxpayer and an attorney." 26 U.S.C. § 7525(a)(1). The statute defines "tax advice" as "advice given by an individual with respect to a matter which is within the scope of the individual's authority to practice described in subparagraph (A)." 26 U.S.C. § 7525(a)(3)(B). Significantly, the § 7525 privilege does not apply to "any written communication between a federally authorized tax practitioner and a director, shareholder, officer, or employee, agent, or representative of a corporation in connection with the promotion of the direct or indirect participation of such corporation in any tax shelter (as defined in section 6662(d)(2)(C)(iii))." 26 U.S.C. § 7525(b). Finally, § 7525 is applicable only to communication made on or after July 22, 1998, the statute's enactment date. See Notes following 26 U.S.C. § 7525.

Like the attorney-client privilege, the § 7525 privilege protects against the disclosure of the content of confidential communications between a tax advisor and client. Generally, under both the attorney-client privilege and the § 7525 privilege, a client's identity is not protected for disclosure. See In re Grand Jury Proceeding (Cherney), 898 F.2d 565, 567 (7th Cir. 1990). An exception to this general rule exists, however, where the disclosure of the client's identity would lead ultimately to disclosure of the client's motive for seeking the advice of an attorney or federally authorized tax practitioner, because motivation is itself a confidential communication. Id.; Tillotson v. Boughner, 350 F.2d 663, 666 (7th Cir. 1965).

In the case at hand, proposed intervenor-appellants argue that disclosure of their identities will, by necessity, disclose their motives for retaining the services of BDO Seidman, LLP ("BDO"), i.e., the proposed intervenor-appellants' desire to engage in financial transactions which the government might later decide to be abusive tax shelters. To avoid the premature disclosure of any proposed intervenor-appellant's identity, proposed intervenor-appellants' counsel have assigned an

2

identifying number to each. Accordingly, the Does have been identified as Doe 1 through Doe 56. Likewise, the Roes have been identified as Roe 1 through Roe 42.

The government, in presenting its position seeking disclosure of the proposed intervenor-appellants' identities, argues: (1) the identity-privilege does not apply in these cases, (2) BDO was not giving "tax advice," (3) BDO, the tax advisor, had a conflict of interest, and therefore the privilege does not apply, (4) the communications were made for use in preparing the taxpayers' tax returns, (5) in some instances, the information has been disclosed to third parties and the privilege thus waived, and (6) the crime-fraud exception applies.

Before addressing the individual documents submitted post-remand for in camera review, this court believes comments regarding the government's arguments are appropriate. First, this court finds that the identity-privilege does exist under § 7525, just as it does in the attorney-client context. If such a privilege did not apply to § 7525 in the abstract, the Seventh Circuit would not have remanded this case to the district court to make further findings. Second, this court must determine, document-by-document, whether the relationship between BDO and the intervenor-appellants was for the purpose of providing "tax advice" such that the privilege enacted by the statute applies. The Seventh Circuit has made clear that "[n]othing in [§ 7525] suggests that [federally authorized tax practitioners] are entitled to privilege when they are doing other than lawyers' work . . . ." United States v. Frederick, 182 F.3d 496 (7th Cir. 1999). Further, "material transmitted to an attorney or the attorney's agent for the purpose of using that information on a tax return is not privileged." In re Grand Jury Proceedings, 220 F.3d 568, 571 (7th Cir. 2000); see also United States v. KPMG LLP, 2002 WL 31894130, at *4 (D.D.C. 2002) ("[7525] does not protect communications between a tax practitioner and a client simply for the preparation of a tax return."). Therefore, the "tax advice"

3

privilege of § 7525 does not include communication regarding tax return preparation; it simply encompasses communication such as tax planning advice. Third, the cases the government cites for the proposition that a taxpayer cannot reasonably rely on the professional advice of someone he or she knows to have a conflict of interest do not negate the § 7525 privilege; rather, these cases involve situations in which taxpayers claimed an advice-of-counsel defense, not an assertion of privilege. Fourth, this court must determine, on a document-by-document basis, whether the communication was for the purpose of preparing the client's tax returns. If so, the client's identity is not privileged. Fifth, this court must determine, again on a document-by-document basis, whether intervenor-appellants have waived the § 7525 privilege. Sixth, this court cannot, and need not, at this time, determine, based on the record before it, whether the crime-fraud exception applies.

As the Seventh Circuit's December 18, 2002, Order makes clear, this court must consider the "totality of the circumstances" surrounding each document in making the determination whether the § 7525 privilege applies. In re Grand Jury Proceeding, 220 F.3d at 572. In so doing, this court will make the findings as requested by the Seventh Circuit in its December 18, 2002, Order by answering the following enumerated questions as to each document received in camera:

> (1) the purpose and history of BDO's representation of the appellants with respect to the tax shelter transaction at issue [i.e., Was the purpose of BDO's representation to provide tax advice?];
>
> (2) whether, in light of the purpose and history of BDO's representation as well as the description of the transactions in the IRS summonses, revealing the appellants' identities to the IRS necessarily would reveal the appellants' motive for seeking tax advice or the substance of that advice [i.e., Would revealing the appellants' identities reveal their motives for seeking tax advice?];
>
> (3) whether the IRS could determine that the appellants had participated in the transactions without obtaining their names from BDO [i.e., Have appellants waived the privilege?]; and

4

(4) whether any of the documents at issue were generated for the purpose of preparing tax returns [Was the document at issue communicated or generated for the purpose of preparing appellants' tax returns?].

Based on the discussion above, with respect to each in camera document, for the proposed intervenor-appellants' identities to be protected from disclosure by the § 7525 privilege, the answer to question (1) must be yes, to question (2) yes, to question (3) no, and to question (4) no. Any other factual determination would result in the conclusion that the § 7525 privilege does not apply. In other words, if the purpose of BDO's representation was not to provide tax advice, or if revealing the intervenor-appellants' identities would not reveal their motives to seek tax advice, or if intervenor-appellants have waived the privilege, or the documents were communicated or generated for the purpose of preparing intervenor-appellants' tax returns, the § 7525 privilege would not preclude disclosure of the intervenor-appellants' identities. In making its findings set forth below, this court, after reviewing a particular in camera document in the context of the totality of the circumstances, has placed an em dash, "—," after the number of those questions which this court cannot answer, for example, when the document does not evince a relationship between BDO and the proposed intervenor because one or both of the parties did not sign the document.

Without revealing further contents of the in camera documents, this court notes that many of the documents entitled "Confidentiality Agreement" state on the second page, paragraph number 1 that "BDO shall provide, and Recipient shall receive, Confidential information . . . for the purpose of providing the Recipient the required information to prepare . . . income tax returns." As discussed above, information communicated for the purpose of preparing tax returns is not privileged.

This court also notes that many of the documents entitled "Consulting Agreement" in either paragraph number 5, 6, or 7 state that "BDO's Services hereunder do not include . . . any legal and/or

tax opinions regarding any strategies that may be implemented, and has advised [intervenor-appellants] to retain a law firm for legal and/or tax opinions on any strategies or transactions they enter into." This provision, among others, under the heading "No Warranty," is inconsistent with certain other provisions of the "Consulting Agreement," especially some provisions set forth in the paragraph labeled "Services."

This court finds that the "No Warranty" language makes the relationship defined by the "Consulting Agreement" to be different than the common law taxpayer-attorney relationship. This court also has borne in mind, as it must, that the privilege enacted in § 7525, like the attorney-client privilege, must be construed narrowly. See United States v. Evans, 113 F.3d 1457, 1461 (7th Cir. 1997).

In making the findings set forth below document-by-document, as contemplated by the Seventh Circuit's December 18, 2002, Order, this court has cited, where appropriate, to those provisions of the particular in camera document under review. Other provisions may also bear on the issue. Indeed, this court has considered the totality of the circumstances in reaching each finding, and, as stated earlier, if this court could not definitely make a finding based on this court's in camera review of a particular document, an em dash was placed as the answer to that enumerated question.

Additionally, some of the documents submitted for in camera review state in bold and all capital letters at the bottom of each page thereof: "SUBJECT TO TAX PRACTITIONER PRIVILEGE UNDER SECTION 7525 OF THE INTERNAL REVENUE CODE." This court finds no legal significance in this language. It is the relationship between the parties under § 7525 that creates the privilege. Comments about the privilege and authorization from the client to BDO to assert the privilege as stated in the paragraph entitled "Confidentiality Privilege," which is typically

paragraph number 14 in the "Consulting Agreements" dated in the year 2001, are factors this court has considered.

## FURTHER FINDINGS AS TO EACH *IN CAMERA* DOCUMENT[1]

| Intervenor-Appellant | Document | Bates Number |
|---|---|---|
| Doe 1 | | |
| Findings: | Confidentiality Agreement<br>(1) — (2) —<br>(unsigned document) | 3 BDO 00023555-00023557<br>(3) — (4) — |
| Findings: | Confidentiality Agreement<br>(1) No (2) —<br>(second page, ¶ 1) | 3 BDO 00023565-00023567<br>(3) — (4) Yes |
| Findings: | Consulting Agreement<br>(1) — (2) —<br>(unsigned draft) | 3 BDO 00023572-00023576<br>(3) — (4) — |
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 3 BDO 00023591-00023595<br>(3) — (4) No |
| Findings: | Confidentiality Agreement<br>(1) No (2) —<br>(second page, ¶ 1) | 3 BDO 00023599-00023601<br>(3) — (4) Yes |
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 5 BDO 00010575-00010579<br>(3) — (4) No |

---

[1]    No in camera documents were submitted for Does 18, 19, 20, 21, 33, 47, 52, 53, 54, and 55. No in camera documents were submitted for Roes 6, 8, 11, 16, 17, 18, 19, 20, 21, 24, 26, 27, 30, 31, 32, 35, 36, 40, 41, and 42.

BDO Seidman admitted that it prepared the federal income tax returns for each of the Does and Roes except Roes 12, 20, 21, and 26. As to Roes 12, 20 and 21, BDO stated that it was in the process of determining whether it prepared their federal income tax returns. As to Roe 26, no statement was made regarding federal income tax return preparation.

## Doe 2

| | | Engagement Letter | 7 BDO 00016374.1255-00016374.1261 |
|---|---|---|---|
| | Findings: | (1) — (2) — | (3) — (4) — |
| | | (unsigned document) | |

| | | Engagement Letter | 7 BDO 00016374.1264-00016374.1269 |
|---|---|---|---|
| | Findings: | (1) No (2) — | (3) — (4) Yes |
| | | (first page, ¶ 1) | |

| | | Consulting Agreement | 7 BDO 00016374.1685-00016374.1689 |
|---|---|---|---|
| | Findings: | (1) No (2) — | (3) — (4) No |
| | | (page 2, ¶ 6) | |

| | | Engagement Letter | 7 BDO 00016374.1690-00016374.1692 |
|---|---|---|---|
| | Findings: | (1) No (2) — | (3) — (4) Yes |
| | | (first page) | |

| | | Consulting Agreement | 7 BDO 00016374.1694-00016374.1698 |
|---|---|---|---|
| | Findings: | (1) — (2) — | (3) — (4) — |
| | | (unsigned document) | |

## Doe 3

| | | Engagement Letter | 5 BDO 00002532.26-00002532.30 |
|---|---|---|---|
| | Findings: | (1) No (2) — | (3) — (4) Yes |
| | | (first page, ¶ 1) | |

## Doe 4

| | | Consulting Agreement | 6 BDO 00012419.11-00012419.15 |
|---|---|---|---|
| | Findings: | (1) Yes (2) Yes | (3) — (4) No |
| | | (first page, ¶ 2) | |

| | | Consulting Agreement | 6 BDO 0012419.16-00012419.18 |
|---|---|---|---|
| | Findings: | (1) No (2) — | (3) — (4) Yes |
| | | (first page) | |

| | | Consulting Agreement | 6 BDO 00012419.23 |
|---|---|---|---|
| | Findings: | (1) — (2) — | (3) — (4) — |
| | | (unsigned draft) | |

<u>Doe 5</u>

| | Consulting Agreement | 7 BDO 00002175-00002181 |
|---|---|---|
| Findings: | (1) — (2) — (unsigned document) | (3) — (4) — |

---

<u>Doe 6</u>

| | Consulting Agreement | 3 BDO 00005694-00005700 |
|---|---|---|
| Findings: | (1) No (2) — (page 2, ¶ 6) | (3) — (4) No |

| | Consulting Agreement | 4 BDO 00013438-00013444 |
|---|---|---|
| Findings: | (1) No (2) — (page 2, ¶ 6) | (3) — (4) No |

---

<u>Doe 7</u>

| | Consulting Agreement | 4 BDO 00005399-000000005402 |
|---|---|---|
| Findings: | (1) No (2) — (page 2, ¶ 5) | (3) — (4) No |

---

<u>Doe 8</u>

| | Consulting Agreement | 7 BDO 00002182-00002187 |
|---|---|---|
| Findings: | (1) — (2) — (unsigned document) | (3) — (4) — |

---

<u>Doe 9</u>

| | Consulting Agreement | 7 BDO 00002182-00002187 |
|---|---|---|
| Findings: | (1) — (2) — (unsigned document) | (3) — (4) — |

---

<u>Doe 10</u>

| | Consulting Agreement | 7 BDO 00002182-00002187 |
|---|---|---|
| Findings: | (1) — (2) — (unsigned document) | (3) — (4) — |

---

<u>Doe 11</u>

| | Consulting Agreement | BDO 00031449-00031452 |
|---|---|---|
| Findings: | (1) — (2) — (incomplete document) | (3) — (4) — |

9

|  | | |
|---|---|---|
| Findings: | Consulting Agreement<br>(1) No          (2) —<br>(page 2, ¶ 6; page 1, ¶ 2) | 6 BDO 00012419.223-00012419.227<br>(3) —          (4) Yes |
| Findings: | Consulting Agreement<br>(1) No          (2) —<br>(page 2, ¶ 6; page 1, ¶ 2) | 6 BDO 00012419.343-00012419.347<br>(3) —          (4) Yes |
| Findings: | Consulting Agreement<br>(1) —          (2) —<br>(unsigned draft) | 6 BDO 00012419.354-00012419.358<br>(3) —          (4) — |
| Findings: | Consulting Agreement<br>(1) —          (2) —<br>(unsigned document) | 6 BDO 00012419.359-00012419.363<br>(3) —          (4) — |
| Findings: | Consulting Agreement<br>(1) No          (2) —<br>(page 2, ¶ 6; page 1, ¶ 2) | 6 BDO 00012419.366-00012419.370<br>(3) —          (4) Yes |
| Findings: | Consulting Agreement<br>(1) —          (2) —<br>(incomplete document) | 6 BDO 00012419.376<br>(3) —          (4) — |
| Findings: | Consulting Agreement<br>(1) No          (2) —<br>(page 2, ¶ 6; page 1, ¶ 2) | 6 BDO 00012419.382-00012419.386<br>(3) —          (4) Yes |

<u>Doe 12</u>

|  | | |
|---|---|---|
| Findings: | Confidentiality Agreement<br>(1) —          (2) —<br>(unsigned draft) | 7 BDO 00008231-00008234<br>(3) —          (4) — |

<u>Doe 13</u>

|  | | |
|---|---|---|
| Findings: | Confidentiality Agreement<br>(1) —          (2) —<br>(unsigned draft) | 7 BDO 00008231-00008234<br>(3) —          (4) — |

**Doe 14**

|  | | Consulting Agreement | 7 BDO 00016374.705-00016374.709 |
|---|---|---|---|
|  | Findings: | (1) No       (2) — | (3) —       (4) No |
|  | | (page 2, ¶ 6) | |

---

**Doe 15**

|  | | Consulting Agreement | 2 BDO 00006620-00006625 |
|---|---|---|---|
|  | Findings: | (1) No       (2) — | (3) —       (4) No |
|  | | (page 3, ¶ 6) | |
|  | | Consulting Agreement | 3 BDO 00019032-00019037 |
|  | Findings: | (1) No       (2) — | (3) —       (4) No |
|  | | (page 3, ¶ 6) | |
|  | | Consulting Agreement | 3 BDO 00019135-00019138 |
|  | Findings: | (1) Yes       (2) Yes | (3) —       (4) No |
|  | | (first page, ¶ 1) | |

---

**Doe 16**

|  | | Consulting Agreement | 2 BDO 00007592-00007597 |
|---|---|---|---|
|  | Findings: | (1) No       (2) — | (3) —       (4) No |
|  | | (page 2, ¶ 6) | |
|  | | Consulting Agreement | 2 BDO 00007599-00007604 |
|  | Findings: | (1) —       (2) — | (3) —       (4) — |
|  | | (unsigned document) | |

---

**Doe 17**

|  | | Consulting Agreement | 3 BDO 00019254-00019258 |
|---|---|---|---|
|  | Findings: | (1) No       (2) — | (3) —       (4) No |
|  | | (page 2, ¶ 6) | |

---

**Doe 22**

|  | | Consulting Agreement | 7 BDO 00016374.270-00016374.274 |
|---|---|---|---|
|  | Findings: | (1) No       (2) — | (3) —       (4) No |
|  | | (page 2, ¶ 6) | |

11

|  | | Consulting Agreement | 7 BDO 00016374.4-00016374.10 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) Yes |
| | | (page 1) | |

---

Doe 23

|  | | Consulting Agreement | 3 BDO 00024043-00024047 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) No |
| | | (page 2, ¶ 6) (§ 7525(b)) | |

|  | | Consulting Agreement | 3 BDO 00024048-00024052 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) No |
| | | (page 2, ¶ 6) (§ 7525(b)) | |

|  | | Consulting Agreement | 3 BDO 00024059-00024063 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) No |
| | | (page 2, ¶ 6) (7525(b)) | |

|  | | Consulting Agreement | 3 BDO 00024066-000024070 |
|---|---|---|---|
| | Findings: | (1) —        (2) — | (3) —           (4) — |
| | | (unsigned document) | |

---

Doe 24

|  | | Consulting Agreement | 2 BDO 00017870-00017875 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) No |
| | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | 2 BDO 00017886-00017891 |
|---|---|---|---|
| | Findings: | (1) —        (2) — | (3) —           (4) — |
| | | (unsigned document) | |

|  | | Consulting Agreement | 3 BDO 00021201-00021206 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) No |
| | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | 6 BDO 00003760.51-00003760.56 |
|---|---|---|---|
| | Findings: | (1) No        (2) — | (3) —           (4) No |
| | | (page 2, ¶ 6) | |

|  |  | Consulting Agreement | 7 BDO 00002201-00002206 |
|---|---|---|---|
| | Findings: | (1) —      (2) — | (3) —      (4) — |
| | | (unsigned document) | |

## Doe 25

|  |  | Consulting Agreement | 4 BDO 00021400-00021404 |
|---|---|---|---|
| | Findings: | (1) No      (2) — | (3) —      (4) Yes |
| | | (page 2, ¶ 5; page 1, ¶ 2) | |
| | | Engagement Letter | 7 BDO 00008311-00008320 |
| | Findings: | (1) No      (2) — | (3) —      (4) Yes |
| | | (page 1) | |
| | | Consulting Agreement | 7 BDO 00008321-00008325 |
| | Findings: | (1) No      (2) — | (3) —      (4) Yes |
| | | (page 1) | |

## Doe 26

|  |  | Consulting Agreement | BDO 00020000-00020005 |
|---|---|---|---|
| | Findings: | (1) —      (2) — | (3) —      (4) — |
| | | (unsigned document) | |
| | | Consulting Agreement | 3 BDO 00019423-00019428 |
| | Findings: | (1) No      (2) — | (3) —      (4) No |
| | | (page 3, ¶ 6) | |
| | | Consulting Agreement | 2 BDO 00006581-00006586 |
| | Findings: | (1) No      (2) — | (3) —      (4) No |
| | | (page 3, ¶ 6) | |

## Doe 27

|  |  | Consulting Agreement | 2 BDO 00017864-00017869 |
|---|---|---|---|
| | Findings: | (1) No      (2) — | (3) —      (4) No |
| | | (page 2, ¶ 6) | |
| | | Consulting Agreement | 2 BDO 00017892-00017897 |
| | Findings: | (1) —      (2) — | (3) —      (4) — |
| | | (unsigned document) | |

|  | | Consulting Agreement | 3 BDO 00019536-00019541 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | 7 BDO 00002207-00002212 |
|---|---|---|---|
| Findings: | | (1) —    (2) — | (3) —    (4) — |
|  | | (unsigned document) | |

---

## Doe 28

|  | | Consulting Agreement | BDO 00028361-00028365 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | BDO 00031434-00031438 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

---

## Doe 29

|  | | Consulting Agreement | BDO 00028361-00028365 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | BDO 00031434-00031438 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

---

## Doe 30

|  | | Consulting Agreement | BDO 00028361-00028365 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | BDO 00031434-00031438 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

---

## Doe 31

|  | | Consulting Agreement | BDO 00028361-00028365 |
|---|---|---|---|
| Findings: | | (1) No    (2) — | (3) —    (4) No |
|  | | (page 2, ¶ 6) | |

|  | | Consulting Agreement | BDO 00031434-00031438 |
|---|---|---|---|
|  | Findings: | (1) No      (2) —<br>(page 2, ¶ 6) | (3) —      (4) No |

## Doe 32

|  | Findings: | Consulting Agreement<br>(1) —      (2) —<br>(unsigned document) | 2 BDO 00017898-00017903<br>(3) —      (4) — |
|---|---|---|---|
|  | Findings: | Consulting Agreement<br>(1) No      (2) —<br>(page 2, ¶ 6) | 2 BDO 00017876-00017881<br>(3) —      (4) No |
|  | Findings: | Consulting Agreement<br>(1) No      (2) —<br>(page 2, ¶ 6) | 3 BDO 00021648-00021653<br>(3) —      (4) No |
|  | Findings: | Consulting Agreement<br>(1) No      (2) —<br>(page 2, ¶ 6) | 6 BDO 00003760.403-00003760.408<br>(3) —      (4) No |
|  | Findings: | Consulting Agreement<br>(1) No      (2) —<br>(page 2, ¶ 6) | 6 BDO 00003760.409-00003760.414<br>(3) —      (4) No |

## Doe 34

|  | Findings: | Consulting Agreement<br>(1) —      (2) —<br>(unsigned document) | BDO 00031439-00031443<br>(3) —      (4) — |
|---|---|---|---|
|  | Findings: | Consulting Agreement<br>(1) No      (2) —<br>(page 2, ¶ 5) | 3 BDO 00021732-00021736<br>(3) —      (4) No |
|  | Findings: | Consulting Agreement<br>(1) —      (2) —<br>(unsigned document) | 8 BDO 00002288.19-00002288.23<br>(3) —      (4) — |
|  | Findings: | Consulting Agreement<br>(1) —      (2) —<br>(unsigned document) | 8 BDO 00002288.37-00002288.41<br>(3) —      (4) — |

| | | Consulting Agreement | 8 BDO 00002288.9-00002288.13 |
| --- | --- | --- | --- |
| | Findings: | (1) — (2) —<br>(unsigned document) | (3) — (4) — |

**Doe 35**

| | | Consulting Agreement | 6 BDO 00012419.1057-00012419.1061 |
| --- | --- | --- | --- |
| | Findings: | (1) No (2) —<br>(page 2, ¶ 6) | (3) — (4) Yes |
| | | Consulting Agreement | 6 BDO 00012419.879-00012419.883 |
| | Findings: | (1) No (2) —<br>(page 2, ¶ 6) | (3) — (4) Yes |
| | | Consulting Agreement | 6 BDO 00012419.937-00012419.941 |
| | Findings: | (1) — (2) —<br>(unsigned document) | (3) — (4) — |
| | | Consulting Agreement | 6 BDO 00012419.942-00012419.946 |
| | Findings: | (1) — (2) —<br>(unsigned draft) | (3) — (4) — |

**Doe 36**

| | | Consulting Agreement | 3 BDO 00021799-00021803 |
| --- | --- | --- | --- |
| | Findings: | (1) — (2) —<br>(unsigned document) | (3) — (4) — |
| | | Consulting Agreement | 7 BDO 00010105.1241-00010105.1245 |
| | Findings: | (1) — (2) —<br>(unsigned document) | (3) — (4) — |
| | | Engagement Letter | 7 BDO 00006608.490-00006608.496 |
| | Findings: | (1) No (2) —<br>(first page) | (3) — (4) Yes |

**Doe 37**

| | | Consulting Agreement | 3 BDO 00021583-00021587 |
| --- | --- | --- | --- |
| | Findings: | (1) No (2) —<br>(page 2, ¶ 6) | (3) — (4) Yes |

| | | |
|---|---|---|
| Findings: | Engagement Letter<br>(1) No    (2) —<br>(first page) | 7 BDO 00010105.1053-00010105.1059<br>(3) —    (4) Yes |
| Findings: | Engagement Letter<br>(1) No    (2) —<br>(first page) | 7 BDO 00010105.1060-00010105.1066<br>(3) —    (4) Yes |
| Findings: | Engagement Letter<br>(1) No    (2) —<br>(first page) | 7 BDO 00010105.988-00010105.993<br>(3) —    (4) Yes |
| Findings: | Consulting Agreement<br>(1) No    (2) —<br>(page 2, ¶ 6) | 8 BDO 00002288.228-00002288.232<br>(3) —    (4) Yes |
| Findings: | Consulting Agreement<br>(1) No    (2) —<br>(page 2, ¶ 6) | 8 BDO 00002288.260-00002288.264<br>(3) —    (4) Yes |

Doe 38

| | | |
|---|---|---|
| Findings: | Consulting Agreement<br>(1) No    (2) —<br>(page 2, ¶ 6) | BDO 00031444-00031448<br>(3) —    (4) No |
| Findings: | Consulting Agreement<br>(1) No    (2) —<br>(page 2, ¶ 6) | 6 BDO 00012419.594-00012419.598<br>(3) —    (4) No |
| Findings: | Consulting Agreement<br>(1) —    (2) —<br>(unsigned document) | 6 BDO 00012419.599-00012419.603<br>(3) —    (4) — |
| Findings: | Engagement Letter<br>(1) No    (2) —<br>(first page) | 6 BDO 00012419.633-00012419.639<br>(3) —    (4) Yes |

Doe 39

| | | |
|---|---|---|
| Findings: | Consulting Agreement<br>(1) —    (2) —<br>(unsigned document) | 8 BDO 00002288.14-00002288.18<br>(3) —    (4) — |

17

|  | Findings: | Consulting Agreement<br>(1) — (2) —<br>(unsigned document) | 8 BDO 00002288.24-00002288.29<br>(3) — (4) — |
|---|---|---|---|
|  | Findings: | Consulting Agreement<br>(1) — (2) —<br>(unsigned document) | 8 BDO 00002288.31-00002288.35<br>(3) — (4) — |

Doe 40

|  | Findings: | Consulting Agreement<br>(1) No (2) —<br>(pages 2 and 3, ¶ 6) | 3 BDO 00017722-00017726<br>(3) — (4) No |
|---|---|---|---|

Doe 41

|  | Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 3 BDO 00017703-00017707<br>(3) — (4) No |
|---|---|---|---|
|  | Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 3 BDO 00017716-00017720<br>(3) — (4) No |
|  | Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 4 BDO 00026586-00026590<br>(3) — (4) No |
|  | Findings: | Engagement Letter<br>(1) No (2) —<br>(first page) | 5 BDO 00002532.1982-00002532.1989<br>(3) — (4) Yes |
|  | Findings: | Engagement Letter<br>(1) No (2) —<br>(first page) | 5 BDO 00002532.648-00002532.653<br>(3) — (4) Yes |
|  | Findings: | Consulting Agreement<br>(1) — (2) —<br>(unsigned document) | 8 BDO 00002288.266-00002288.270<br>(3) — (4) — |

|  |  | Consulting Agreement | 10 BDO 00001160.375-0001160.379 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 2, ¶ 6) |  |

---

## Doe 42

|  |  | Consulting Agreement | BDO 00018480-00018486 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 2, ¶ 5) |  |
|  |  | Consulting Agreement | BDO 00018487-00018496 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 2, ¶ 6) |  |
|  |  | Consulting Agreement | BDO 00018497-00018506 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 3, ¶ 6) |  |
|  |  | Consulting Agreement | 4 BDO 00023494-00023503 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 3, ¶ 6) |  |
|  |  | Consulting Agreement | 4 BDO 00023926-00023935 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 3, ¶ 6) |  |

---

## Doe 43

|  |  | Consulting Agreement | BDO 00018507-00018516 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 3, ¶ 6) |  |

---

## Doe 44

|  |  | Consulting Agreement | BDO 00018517-00018526 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 3, ¶ 6) |  |
|  |  | Consulting Agreement | 4 BDO 00024788-00024797 |
|  | Findings: | (1) No         (2) — | (3) —         (4) No |
|  |  | (page 3, ¶ 6) |  |

---

### Doe 45

|  | Consulting Agreements | 4 BDO 00002293 |
|---|---|---|
| Findings: | (1) —        (2) — | (3) —        (4) — |
|  | (incomplete document) |  |

|  | Consulting Agreements | 4 BDO 00002295-00002301 |
|---|---|---|
| Findings: | (1) —        (2) — | (3) —        (4) — |
|  | (unsigned document) |  |

---

### Doe 46

|  | Engagement Letter | BDO 00035725-00035733 |
|---|---|---|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|  | (first page) |  |

|  | Consulting Agreement | 2 BDO 00018108-00018113 |
|---|---|---|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|  | (page 2, ¶ 6) |  |

|  | Consulting Agreement | 3 BDO 00020608-00020614 |
|---|---|---|
| Findings: | (1) No        (2) — | (3) —        (4) Yes |
|  | (page 2, ¶ 6; seventh page) |  |

---

### Doe 48

|  | Consulting Agreement | 2 BDO 00017976-00017981 |
|---|---|---|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|  | (page 2, ¶ 6) |  |

---

### Doe 49

|  | Consulting Agreement | 2 BDO 00017906-00017911 |
|---|---|---|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|  | (page 3, ¶ 6) |  |

|  | Consulting Agreement | 3 BDO 00022136-00022141 |
|---|---|---|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|  | (page 3, ¶ 6) |  |

<u>Doe 50</u>

| | | | |
|---|---|---|---|
| Findings: | Consulting Agreement<br>(1) Yes (2) Yes<br>(first page, § 2) | 6 BDO 00012419.34-00012419.38<br>(3) — (4) No | |

| | | | |
|---|---|---|---|
| Findings: | Engagement Letter<br>(1) No (2) —<br>(first page) | 6 BDO 00012419.40-00012419.42<br>(3) — (4) Yes | |

---

<u>Doe 51</u>

| | | | |
|---|---|---|---|
| Findings: | Confidentiality Agreement<br>(1) — (2) —<br>(unsigned draft) | 7 BDO 00008231-00008234<br>(3) — (4) — | |

---

<u>Doe 56</u>

| | | | |
|---|---|---|---|
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 2 BDO 00004563-00004567<br>(3) — (4) No | |

| | | | |
|---|---|---|---|
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 2 BDO 00004614-00004619<br>(3) — (4) No | |

| | | | |
|---|---|---|---|
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) | 3 BDO 00017918-00017923<br>(3) — (4) No | |

---

<u>Roe 1</u>

| | | | |
|---|---|---|---|
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) (§ 7525(b)) | 3 BDO 00006108-00006112<br>(3) — (4) No | |

| | | | |
|---|---|---|---|
| Findings: | Consulting Agreement<br>(1) No (2) —<br>(page 2, ¶ 6) (§ 7525(b)) | 3 BDO 00006114-00006118<br>(3) — (4) No | |

| | | Consulting Agreement | 5 BDO 00000627-00000645 |
|---|---|---|---|
| Findings: | | (1) — (2) — (unsigned document) | (3) — (4) — |

---

Roe 2

| | | Consulting Agreement | 4 BDO 00026029-00026036 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 2, ¶ 6) (§ 7525(b)) | (3) — (4) No |

| | | Consulting Agreement | 7 BDO 00005765-00005769 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 2, ¶ 7) (§ 7525(b)) | (3) — (4) No |

| | | Consulting Agreement | 7 BDO 00005770-00005777 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 2, ¶ 6) (§ 7525(b)) | (3) — (4) No |

---

Roe 3

| | | Consulting Agreement | 2 BDO 00001099-00001108 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 3, ¶ 6) | (3) — (4) No |

| | | Consulting Agreement | 2 BDO 00001164-00001170 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 2, ¶ 5) | (3) — (4) No |

| | | Consulting Agreement | 2 BDO 00001171-00001180 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 3, ¶ 6) | (3) — (4) No |

| | | Consulting Agreement | 3 BDO 00000001-00000009 |
|---|---|---|---|
| Findings: | | (1) — (2) — (unsigned document) | (3) — (4) — |

| | | Consulting Agreement | 3 BDO 00000012-00000020 |
|---|---|---|---|
| Findings: | | (1) — (2) — (unsigned document) | (3) — (4) — |

| | | Consulting Agreement | 3 BDO 00000819-00000828 |
|---|---|---|---|
| Findings: | | (1) No (2) — (page 3, ¶ 6) | (3) — (4) No |

|            | Consulting Agreement                      | 3 BDO 00000829-00000835 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
| Findings:  | (page 3, ¶ 6) (§ 7525(b))                 |                         |

| Findings:  | Consulting Agreement                      | 3 BDO 00022057-00022063 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6) (§ 7525(b))                 |                         |

| Findings:  | Consulting Agreement                      | 4 BDO 00020036-00020045 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6) (§ 7525(b))                 |                         |

<u>Roe 4</u>

| Findings:  | Consulting Agreement                      | 2 BDO 00000551-00000560 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6)                             |                         |

| Findings:  | Consulting Agreement                      | 2 BDO 00001191-00001200 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6)                             |                         |

| Findings:  | Consulting Agreement                      | 3 BDO 00000011-00000029 |
|            | (1) —        (2) —                        | (3) —        (4) —      |
|            | (unsigned document)                       |                         |

| Findings:  | Consulting Agreement                      | 3 BDO 00000799-00000808 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6)                             |                         |

| Findings:  | Consulting Agreement                      | 3 BDO 00005348-00005357 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6)                             |                         |

| Findings:  | Consulting Agreement                      | 4 BDO 00020046-00020055 |
|            | (1) No        (2) —                       | (3) —        (4) No     |
|            | (page 3, ¶ 6)                             |                         |

## Roe 5

| | Consulting Agreement | 2 BDO 00001181-00001190 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 3, ¶ 6) | |

| | Consulting Agreement | 2 BDO 00001920-00001929 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 3, ¶ 6) | |

| | Consulting Agreement | 3 BDO 00000010 |
|---|---|---|
| Findings: | (1) —       (2) — | (3) —       (4) — |
| | (unsigned document) | |

| | Consulting Agreement | 3 BDO 00000782-00000790 |
|---|---|---|
| Findings: | (1) —       (2) — | (3) —       (4) — |
| | (unsigned document) | |

| | Consulting Agreement | 3 BDO 00000809-00000818 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 3, ¶ 6) | |

| | Consulting Agreement | 4 BDO 00020056-00020065 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 3, ¶ 6) | |

| | Consulting Agreement | 6 BDO 00009342-00009351 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 3, ¶ 6) | |

---

## Roe 7

| | Consulting Agreement | 2 BDO 00017145-00017150 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 2, ¶ 6) | |

---

## Roe 9

| | Consulting Agreement | 4 BDO 00000482-00000486 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —       (4) No |
| | (page 2, ¶ 6) | |

24

|           |           | Consulting Agreement | 4 BDO 00000496-00000500 |
|-----------|-----------|----------------------|-------------------------|
| Findings: | (1) —     | (2) —                | (3) —          (4) —    |
|           |           | (unsigned document)  |                         |

|           |           | Consulting Agreement | 4 BDO 00000510-00000513 |
|-----------|-----------|----------------------|-------------------------|
| Findings: | (1) —     | (2) —                | (3) —          (4) —    |
|           |           | (unsigned document)  |                         |

---

## Roe 10

|           |           | Consulting Agreement | 4 BDO 00000516-00000519 |
|-----------|-----------|----------------------|-------------------------|
| Findings: | (1) —     | (2) —                | (3) —          (4) —    |
|           |           | (unsigned document)  |                         |

---

## Roe 12

|           |           | Consulting Agreement | 4 BDO 00002776-00002782 |
|-----------|-----------|----------------------|-------------------------|
| Findings: | (1) —     | (2) —                | (3) —          (4) —    |
|           |           | (unsigned document)  |                         |

---

## Roe 13

|           |               | Retainer Agreement | 2 BDO 00006293-00006304 |
|-----------|---------------|--------------------|-------------------------|
| Findings: | (1) No        | (2) —              | (3) —          (4) No   |
|           | (page 2, ¶ 5) (§ 7525(b)) |        |                         |

|           |               | Confidentiality Agreement | 2 BDO 00006305-00006307 |
|-----------|---------------|---------------------------|-------------------------|
| Findings: | (1) Yes       | (2) Yes                   | (3) —          (4) No   |
|           | (first page)  |                           |                         |

|           |               | Consulting Agreement | 2 BDO 00006341-00006346 |
|-----------|---------------|----------------------|-------------------------|
| Findings: | (1) No        | (2) —                | (3) —          (4) No   |
|           | (page 3, ¶ 6) |                      |                         |

|           |               | Retainer Agreement | 2 BDO 00006347-00006353 |
|-----------|---------------|--------------------|-------------------------|
| Findings: | (1) —         | (2) —              | (3) —          (4) —    |
|           |               | (unsigned document)|                         |

|           |               | Consulting Agreement | 2 BDO 00006355-00006361 |
|-----------|---------------|----------------------|-------------------------|
| Findings: | (1) No        | (2) —                | (3) —          (4) No   |
|           | (page 3, ¶ 6) |                      |                         |

|         | Retainer Agreement | 3 BDO 00022079-00022084 |
|---------|--------------------|--------------------------|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|         | (page 2, ¶ 5) | |

|         | Consulting Agreement | 4 BDO 00015236-00015242 |
|---------|----------------------|--------------------------|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|         | (page 3, ¶ 6) | |

---

Roe 14

|         | Confidentiality Agreement | 2 BDO 00006286-00006288 |
|---------|---------------------------|--------------------------|
| Findings: | (1) —        (2) — | (3) —        (4) — |
|         | (unsigned document) | |

|         | Consulting Agreement | 2 BDO 00006309-00006315 |
|---------|----------------------|--------------------------|
| Findings: | (1) —        (2) — | (3) —        (4) — |
|         | (unsigned document) | |

|         | Retainer Agreement | 2 BDO 00006316-00006321 |
|---------|--------------------|--------------------------|
| Findings: | (1) —        (2) — | (3) —        (4) — |
|         | (unsigned document) | |

|         | Retainer Agreement | 3 BDO 00022085-00022090 |
|---------|--------------------|--------------------------|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|         | (page 2, ¶ 5) | |

|         | Consulting Agreement | 4 BDO 00015773-00015786 |
|---------|----------------------|--------------------------|
| Findings: | (1) No        (2) — | (3) —        (4) No |
|         | (page 3, ¶ 6) | |

---

Roe 15

|         | Engagement Letter | 4 BDO 00005152-00005155 |
|---------|-------------------|--------------------------|
| Findings: | (1) Yes*        (2) Yes | (3) —        (4) No |
|         | (first page) (§ 7525(b)) | |

\* This court, in considering the totality of the circumstances and services provided, finds that one of the purposes of BDO's representation was to provide tax advice.

|  | Engagement Letter | 4 BDO 00005159-00005162 |
|---|---|---|
| Findings: | (1) Yes*     (2) Yes | (3) —          (4) No |
|  | (first page) (§ 7525(b)) | |

\* This court, in considering the totality of the circumstances and services provided, finds that one of the purposes of BDO's representation was to provide tax advice.

|  | Engagement Letter | 4 BDO 00005182-00005185 |
|---|---|---|
| Findings: | (1) —        (2) — | (3) —          (4) — |
|  | (unsigned document) | |

|  | Engagement Letter | 8 BDO 00003296-00003299 |
|---|---|---|
| Findings: | (1) Yes*     (2) Yes | (3) —          (4) No |
|  | (first page) (§ 7525(b)) | |

\* This court, in considering the totality of the circumstances and services provided, finds that one of the purposes of BDO's representation was to provide tax advice.

---

## Roe 22

|  | Consulting Agreement | 3 BDO 00022260-00022264 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —          (4) No |
|  | (page 2, ¶ 6) | |

|  | Agreement to Terminate | 3 BDO 00022279-00022282 |
|---|---|---|
| Findings: | (1) Yes      (2) Yes | (3) —          (4) No |
|  | (first page) | |

|  | Consulting Agreement | 10 BDO 00001002-00001006 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —          (4) No |
|  | (page 2, ¶ 6) | |

---

## Roe 23

|  | Consulting Agreement | 3 BDO 00005905-00005911 |
|---|---|---|
| Findings: | (1) No       (2) — | (3) —          (4) No |
|  | (page 2, ¶ 6) | |

|  | Retainer Agreement | 3 BDO 00005912-00005917 |
|---|---|---|
| Findings: | (1) Yes      (2) Yes | (3) —          (4) No |
|  | (page 1) | |

|  |  | Retainer Agreement | 4 BDO 00012353-00012358 |
|---|---|---|---|
| Findings: | | (1) Yes    (2) Yes<br>(page 1) | (3) —    (4) No |

|  |  | Consulting Agreement | 4 BDO 00012414-00012420 |
|---|---|---|---|
| Findings: | | (1) No    (2) —<br>(page 2, ¶ 6) | (3) —    (4) No |

---

Roe 25

|  |  | Consulting Agreement | 4 BDO 00013119-00013125 |
|---|---|---|---|
| Findings: | | (1) No    (2) —<br>(page 2, ¶ 6) | (3) —    (4) No |

---

Roe 28

|  |  | Consulting Agreement | BDO 00019492 |
|---|---|---|---|
| Findings: | | (1) No    (2) —<br>(page 3, ¶ 6) | (3) —    (4) No |

|  |  | Consulting Agreement | BDO 00019535 |
|---|---|---|---|
| Findings: | | (1) No    (2) —<br>(page 3, ¶ 6) | (3) —    (4) No |

|  |  | Consulting Agreement | 7 BDO 00015835-00015840 |
|---|---|---|---|
| Findings: | | (1) No    (2) —<br>(page 3, ¶ 6) | (3) —    (4) No |

---

Roe 29

|  |  | Consulting Agreement | BDO 00034519-00034528 |
|---|---|---|---|
| Findings: | | (1) —    (2) —<br>(unsigned document) | (3) —    (4) — |

|  |  | Retainer Agreement | BDO 00034529-00034534 |
|---|---|---|---|
| Findings: | | (1) —    (2) —<br>(unsigned document) | (3) —    (4) — |

|  |  | Engagement Letter | BDO 00034535-00034540 |
|---|---|---|---|
| Findings: | | (1) —    (2) —<br>(unsigned document) | (3) —    (4) — |

28

|  | | | |
|---|---|---|---|
| Findings: | Confidentiality Agreement | 5 BDO 00006520-00006523 | |
| | (1) — (2) — | (3) — (4) — | |
| | (unsigned document) | | |

| | Consulting Agreement | 5 BDO 00006524-00006530 |
|---|---|---|
| Findings: | (1) — (2) — | (3) — (4) — |
| | (unsigned document) | |

| | Consulting Agreement | 5 BDO 00006531-00006537 |
|---|---|---|
| Findings: | (1) — (2) — | (3) — (4) — |
| | (unsigned draft) | |

| | Consulting Agreement | 5 BDO 00006538-00006544 |
|---|---|---|
| Findings: | (1) — (2) — | (3) — (4) — |
| | (unsigned document) | |

| | Engagement Letter | 5 BDO 00006703-00006709 |
|---|---|---|
| Findings: | (1) — (2) — | (3) — (4) — |
| | (unsigned document) | |

---

Roe 33

| | Consulting Agreement | 6 BDO 00010923-00010927 |
|---|---|---|
| Findings: | (1) No (2) — | (3) — (4) No |
| | (page 2, ¶ 6) | |

| | Consulting Agreement | 6 BDO 00010929-00010933 |
|---|---|---|
| Findings: | (1) — (2) — | (3) — (4) — |
| | (unsigned document) | |

| | Consulting Agreement | 6 BDO 00010936-00010940 |
|---|---|---|
| Findings: | (1) — (2) — | (3) — (4) — |
| | (unsigned document) | |

| | Engagement Letter | 6 BDO 00010976-00010982 |
|---|---|---|
| Findings: | (1) No (2) — | (3) — (4) Yes |
| | (first page, §§ 1 and 2) | |

---

Roe 34

| | Consulting Agreement | 2 BDO 00004568-00004573 |
|---|---|---|
| Findings: | (1) No (2) — | (3) — (4) No |
| | (page 2, ¶ 6) | |

|  | Findings: | Consulting Agreement<br>(1) No     (2) —<br>(page 2, ¶ 6) | 2 BDO 00005118-00005123<br>(3) —     (4) No |

Roe 37

|  | Findings: | Consulting Agreement<br>(1) No     (2) —<br>(page 2, ¶ 6) | 4 BDO 00026090-00026096<br>(3) —     (4) No |

Roe 38

|  | Findings: | Consulting Agreement<br>(1) No     (2) —<br>(page 2, ¶ 6) | 4 BDO 00025306-00025312<br>(3) —     (4) No |
|  | Findings: | Consulting Agreement<br>(1) No     (2) —<br>(page 2, ¶ 6) | 6 BDO 00009596-00009602<br>(3) —     (4) No |

Roe 39

|  | Findings: | Consulting Agreement<br>(1) No     (2) —<br>(page 2, ¶ 6) | 4 BDO 00013891-00013897<br>(3) —     (4) No |

## CONCLUSION

The findings made herein have been made document-by-document based upon the totality of the circumstances as to each of the documents identified above which were submitted for in camera review with regard to the issues raised by the appeals of the proposed intervenors in the cases numbered 02-3914 and 02-3915 in the United States Court of Appeals for the Seventh Circuit.

The documents reviewed in camera by this court are ordered transmitted to the United States Court of Appeals for the Seventh Circuit under seal for review if desired by that Court on appeal.

ENTER:

JAMES F. HOLDERMAN
United States District Judge

DATE: February 4, 2003